**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-01064-CV

---

## SAMUEL M AKO, Appellant

## V.

## ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2017-16617**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed August 30, 2018. On December 28, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain